IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ST. CLAIR COUNTY, ILLINOIS and
MACON COUNTY, ILLINOIS, individually and
on behalf of all other counties in the State of
Illinois,

Plaintiffs,

v.  No. 14-1320-DRH

TRINITY HIGHWAYS, INC. and
TRINITY HIGHWAY PRODUCTS, LLC,

Defendants.

### ORDER

**HERNDON, District Judge:**

This matter is before the Court *sua sponte* for case management. On April 25, 2017, plaintiffs filed a reply to defendants' response to their motion for clarification (Doc. 178). A review of the reply reveals that it violates Local Rule 7.1(c) in that the reply does not set forth "circumstances" much less "exceptional circumstances" as required by Local Rule 7.1(c).[1] Thus, the Court **STRIKES** the reply brief (Doc. 178).

**IT IS SO ORDERED.**

Signed this 3rd day of May, 2017.

Digitally signed by
Judge David R.
Herndon
Date: 2017.05.03
13:35:16 -05'00'

**United States District Judge**

---

1 Local Rule 7.1(c) provides in part: "**Reply briefs are not favored and should be filed only in exceptional circumstances.** The party filing the reply brief should state the exceptional circumstances." Local Rule 7.1(c) (emphasis in original).