# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ST. CLAIR COUNTY, ILLINOIS, AND MACON COUNTY, ILLINOIS, INDIVIDUALLY AND ON BEHALF OF ALL OTHER COUNTIES IN THE STATE OF ILLINOIS, | § § § § § § | |
| *Plaintiffs,* | § § | CASE NO. 3:14-cv-1320-DRH/SCW |
| v. | § § | |
| TRINITY INDUSTRIES, INC. AND TRINITY HIGHWAY PRODUCTS, LLC, | § § § | |
| *Defendants.* | § § | |

## STIPULATION OF DISMISSAL — NO PAYMENT BY DEFENDANTS

Pursuant to the provisions of Rule 41(a)(l)(A)(ii), Fed. R. Civ. P., Plaintiffs, St. Clair County and Macon County, and Defendants, Trinity Industries, Inc. and Trinity Highway Products, LLC, by and through their undersigned counsel, hereby stipulate as follows:

1.      All claims that were or could have been asserted by Plaintiffs, St. Clair County and Macon County, in this action are dismissed with prejudice, and without payment by Defendants of any money in connection therewith.

2.      Each party shall bear its own attorneys' fees and costs.

Dated: August 31, 2017

By:  /s/ David Cates
David Cates, #6289198
Ryan J. Mahoney, #6290113
CATES MAHONEY, LLC
216 West Pointe Drive, Suite A
Swansea, IL 62226
Telephone: 618-277-3644
Facsimile: 618-277-7882
Email: dcates@cateslaw.com
Email: rmahoney@cateslaw.com


By:  /s/ Eric D. Holland (with consent)
Eric D. Holland  # 6207110
R. Seth Crompton #6288095
HOLLAND LAW FIRM
300 North Tucker, Suite 801
St. Louis, MO 63101
Telephone: 314-241-8111
Facsimile: 314-241-5554
E-mail: eholland@allfela.com
E-mail: scrompton@allfela.com


By:  /s/ Christopher M. Ellis (with consent)
Christopher M. Ellis, ARDC No. 6274872
Shane M. Mendenhall, ARDC No. 6297182
BOLEN, ROBINSON & ELLIS, LLP
202 South Franklin Street, 2nd Floor
Decatur, Illinois 62523
Telephone: 217.429.4296
Facsimile: 217.329.0034
Email: cellis@brelaw.com
Email: smendenhall@brelaw.com


**SPECIAL ASSISTANT STATE'S ATTORNEYS
ON BEHALF OF THE NAMED PLAINTIFFS**

2

By: ___/s/ Michael J. Nester (with consent)___
Michael J. Nester, #2037211
DONOVAN ROSE NESTER, P.C.
201 S. Illinois Street
Belleville, IL 62220
Email: mnester@drnpc.com

Michelle A. Reed (pro hac vice)
Elizabeth D. Scott (pro hac vice)
AKIN GUMP STRAUSS HAUER & FELD LLP
1700 Pacific Avenue, Suite 4100
Dallas, TX 75201
Email: mreed@akingump.com
Email: edscott@akingump.com

Carolyn Mattus Cornell (pro hac vice)
AKIN GUMP STRAUSS HAUER & FELD
One Bryant Park
Bank of America Tower
New York, NY 10036
Email: cmcornell@akingump.com

Adam L. Hoeflich (pro hac vice)
John C. Fitzpatrick (pro hac vice)
BARTLIT BECK HERMAN PALENCHAR & SCOTT, LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60654
Email: adam.hoeflich@bartlit-beck.com
Email: john.fitzpatrick@bartlit-beck.com

Brian E. Robison (pro hac vice)
Andrew P. LeGrand (pro hac vice)
Christine Demana (pro hac vice)
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Email: brobison@gibsondunn.com
Email: alegrand@gibsondunn.com
Email: cdemana@gibsondunn.com

***ATTORNEYS FOR DEFENDANTS TRINITY INDUSTRIES,
INC. & TRINITY HIGHWAY PRODUCTS, LLC***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on September 1, 2017, a true and correct copy of the foregoing was served via the Court's CM/ECF system on all counsel of record.

*/s/ David Cates*
David Cates